# EXHIBIT 2

PLAINTIFF'S EXHIBIT
2

**GOODWIN & BRYAN, LLP**
ATTORNEYS AND COUNSELORS AT LAW
22050 MASTICK ROAD
FAIRVIEW PARK, OHIO 44126
TELEPHONE (440) 686-9000
FACSIMILE (440) 686-9001
BBRYAN@GBS-LLP.COM

ELIZABETH A. GOODWIN
BRADRIC T. BRYAN

October 17, 2024

Huntington House HH, LLC
2200 Milton Road
University Heights, Ohio 44118

ZG Properties LLC
29325 Chagrin Blvd. #100
Pepper Pike, Ohio 44122

Premier Real Estate Investments, LLC
29325 Chagrin Blvd. #100
Pepper Pike, Ohio 44122

RE: Fair Housing Complaints Filed with City of University Heights

To Whom It May Concern:

I am the Law Director for the City of University Heights ("City"). The enclosed Fair Housing complaints have been filed with the City pursuant to City Codified Ordinance Chapter 820, titled Fair Housing. You have been named as respondents in the complaints. In accordance with the provisions of Chapter 820, the City is obligated to serve you with and investigate these complaints.

Pursuant to City Codified Ordinance Section 820.09, you are permitted to provide an answer to the complaints. You may also submit any relevant information or documentation relating to the complaints in connection with the City's inquiry. After the investigation is conducted, the City will either dismiss the complaints or initiate the conciliation process provided in Section 820.11 of the City's Codified Ordinances. In the event these matters are scheduled for a conciliation conference and that informal process is unsuccessful in resolving the complaints, the complaints will be referred to the City's Fair Housing Review Commission for an adjudicative hearing.

The City intends to conclude its initial investigation into the complaints by November 4, 2024.

Very Truly Yours,

*/s/ Bradric T. Bryan*
Law Director, City of University Heights

cc: Lisa Friedman, Attorney for Respondents
Mayor Michael Dylan Brennan

# HOUSING DISCRIMINATION COMPLAINT

1. Complainant

*Harley (Shannon) Clay*
*4800 Country Lane Apartment 205,*
*Warrensville Heights, 44128*
*216-533-7724*
*blacinc.hq@gmail.com*

*Housing Research & Advocacy Center (Complainant's Advocate) dba*
*Fair Housing Center for Rights & Research*
*Alek Nielsen, Client Advocate 2728*
*Euclid Ave., Suite 200*
*Cleveland, OH 44115*
*216-710-3296*
*ANielsen@thehousingcenter.org*

2. Other Aggrieved Persons

*None known.*

3. The following is alleged to have occurred or is about to occur:

*Refuse to rent, or otherwise deny or make unavailable a dwelling*
*Advertise in a discriminatory way*

4. The alleged violation occurred because of:

*Source of Income*

5. Address and location of the property in question (or if no property is involved, the city and state where the discrimination occurred):

*Huntington Green Apartments*
*2200 Milton Road, University Heights, OH 44118*

6. Respondent(s)

*Huntington House HH, LLC (Subject Property Owner) c/o*
*U-B Corporation, Registered Agent*
*1660 W 2nd St, Suite 1100*
*Cleveland, Ohio, 44113*

*Premier Real Estate Investments, LLC (Management for Subject Property) c/o*
*DHP Landerbrook Inc, Registered Agent*
*6105 Parkland Blvd., Suite 100*
*Cleveland, Ohio, 44124*

*ZG Properties, LLC (Leasing/Management) c/o*
*David B Hochman, Registered Agent 6105*
*Parkland Boulevard, Suite 100*
*Cleveland, Ohio, 44124*

7. **The following is a brief and concise statement of the facts regarding the alleged violation:**

Sometime in February or early March of 2024 I first visited the subject property asking about their available units, there I spoke with Respondent's agent (Mr. Alex Artimez), with whom I later scheduled a second visit over the phone. At this second visit I was informed by another agent that I would be required to make 3x the rent in income in order to qualify for an apartment.

On April 23, 2024, I contacted The Fair Housing Center informing them that I was told I did not income qualify even though the unit was affordable with my voucher. Ms. Abbey Vogel at The Fair Housing Center proceeded to assist me with completing fresh affordability calculations and on April 25th forwarding these to Respondent while requesting respondent review the relevant legislation prohibiting source of income discrimination in the City of University Heights and reconsider their position on income qualification for voucher holders.

On April 30, 2024, Respondent's attorney, Lisa Friedman, responded to my advocates stating that she had advised Respondent to obey the source of income ordinance and to accept vouchers. However, she affirmed that Respondent maintained their income qualification requirements. Alek Nielsen, one of my advocates at The Fair Housing Center, reached out to Lisa Friedman on June 14th 2024 requesting reconsideration of the income requirements because of discriminatory effect the otherwise neutral policy would have of excluding voucher holders. On June 26th 2024, Ms. Friedman confirmed again that Respondent would maintain their income requirements.

Finally, on September 6th 2024 Lisa Friedman of Powers, Friedman, Linn, was contacted by Geoff Englebrecht, then-Housing Director for the City of University

Heights, requesting Respondents discontinue the practice of requiring applicants renting with Housing Choice Vouchers to demonstrate a monthly income equal to three times the rent, a practice which effectively denies all Housing Choice Voucher holders from renting at the property, Englebrecht informed The Fair Housing Center that Respondents maintained their position of requiring a minimum income of at least three times the rent.

Because I do not make 3 times the rent in income, I did not apply to the property. If I were to make 3 times the rent, I would not income-qualify to be a Housing Choice Voucher Program participant. I believe that the 3 times the rent requirement effectively made it impossible for me to rent as a voucher holder and that this amounts to discrimination based on my source of income.

8. **The most recent date on which the alleged discrimination occurred:**

**09/06/2024** and is ongoing

9. The acts alleged in this complaint, if proven, may constitute a violation ofthe following:

University Heights Ord. 820.04 (a) **Refuse to** sell, transfer, assign, **rent, lease,** sublease, finance, negotiate or **otherwise deny or make unavailable a dwelling to any person because of** race, color, religion, sex, sexual orientation, gender identity, age, ancestry, disability, familial status, national origin, military status, association with a protected class or **source of income of any present or prospective owner, occupant, or user of such dwelling;**

University Heights Ord. 820.04 (g) Print, publish, or circulate any statement or advertisement, or **make any verbal statement,** relating to the sale, **transfer, assignment, rental, lease, sublease, or acquisition of any dwelling** or the loan of money, whether or not secured by mortgage or otherwise, for the acquisition, construction, rehabilitation, repair, or maintenance of a dwelling which **indicates any preference, limitation, specification, or discrimination based upon** race, color, religion, sex, sexual orientation, gender identity, age, ancestry, disability, familial status, national origin, military status, association with a protected class or **source of income, or an intention to make any such preference, limitation, specification, or discrimination;**

Signature Shannon Clay (Oct 3, 2024 12:10 EDT) Date 10/03/2024

Harley (Shannon) Clay, Complainant

# HOUSING DISCRIMINATION COMPLAINT

1. Complainant

   *Courtney Ketner*
   *1657 E 79th Street*
   *Cleveland, OH, 44103*
   *913-298-9544*
   *ketner.courtney@gmail.com*

   *Housing Research & Advocacy Center (Complainant's Advocate) dba*
   *Fair Housing Center for Rights & Research*
   *Alek Nielsen, Client Advocate 2728*
   *Euclid Ave., Suite 200*
   *Cleveland, OH 44115*
   *216-710-3296*
   *ANielsen@thehousingcenter.org*

2. Other Aggrieved Persons

   *None known.*

3. The following is alleged to have occurred or is about to occur:

   *Refuse to rent, or otherwise deny or make unavailable a dwelling*
   *Advertise in a discriminatory way*

4. The alleged violation occurred because of:

   *Source of Income*

5. Address and location of the property in question (or if no property is involved, the city and state where the discrimination occurred):

   *Huntington Green Apartments*
   *2200 Milton Road, University Heights, OH 44118*

6. Respondent(s)

*Huntington House HH, LLC (Subject Property Owner) c/o U-B Corporation, Registered Agent*
*1660 W 2nd St, Suite 1100*
*Cleveland, Ohio, 44113*

*Premier Real Estate Investments, LLC (Management for Subject Property) c/o DHP Landerbrook Inc, Registered Agent*
*6105 Parkland Blvd., Suite 100*
*Cleveland, Ohio, 44124*

*ZG Properties, LLC (Leasing/Management) c/o David B Hochman, Registered Agent 6105 Parkland Boulevard,*
*Suite 100*
*Cleveland, Ohio, 44124*

7. The following is a brief and concise statement of the facts regarding the alleged violation:

*On or around April 21st 2024, I called the subject property and noted that I wanted to rent a unit with the assistance of my housing choice voucher. The agent I spoke with stated that they do not take housing vouchers. I told her I had been informed by the Cuyahoga Metropolitan Housing Authority that University Heights is a community with source of income protections. The agent placed my call on hold. When she came back on the line, she again stated that they do not accept housing vouchers.*

*On the advice of Cuyahoga Metropolitan Housing Authority, through whom I receive my voucher, I reached out to The Fair Housing Center regarding my rights and options. The Fair Housing Center informed me that University Heights had indeed passed legislation prohibiting housing discrimination based on source of income. They noted that many communities with source of income protections in their local fair housing ordinances have found that 3x the rent requirements have a reliable and predictable effect of excluding all voucher holders, and therefore may violate the local ordinance.*

*I reached back out to Huntington Green Apartments, and a different agent answered the phone. She informed me both that they accept vouchers, and that everyone in the office knows that they accept vouchers. She noted that there was a requirement to make 3x the rent. On May 8th 2024, I was given a tour of the building. During this tour I asked several questions about the income requirement. The agent noted that the*

*voucher would count towards the income requirement, and that money I received from my university for expenses would not because it was not 'verifiable income'.*

*I asked whether they would make an exception to the minimum income requirements, due to the fact that my ability to pay rent was guaranteed by the voucher. The agent said "absolutely not" and that if they made an exception in my case, they would have to make one in all cases, that "because of fair housing" it was not possible to waive the minimum income requirements for me because I rented with a voucher.*

*On June 14, 2024 my Fair Housing advocate, Alek Nielsen, contacted Lisa Friedman regarding other recent complaints to ask that respondents reconsider their applying their minimum income requirements to applications from households renting with vouchers because of the discriminatory effect the otherwise neutral policy would have on voucher holders. On June 26th 2024, Ms. Friedman confirmed that respondents would not change their income requirements.*

*Finally, on September 6th 2024, Lisa Friedman of Powers, Friedman, Linn was contacted by Geoff Englebrecht, then-Housing Director for the City of University Heights, requesting Respondents discontinue the practice of requiring applicants renting with Housing Choice Vouchers to demonstrate a monthly income equal to three times the rent, a practice which effectively denies all Housing Choice Voucher holders from renting at the property, Respondents maintained their position of requiring a minimum income of three times the monthly rent.*

*Because I do not make 3x the rent in income I did not apply to the property. Were I to make 3x the rent, I would not income-qualify to be a Housing Choice Voucher Program participant. I believe that the 3x the rent requirement effectively made it impossible for me to rent as a voucher holder and that this amounts to discrimination based on my source of income.*

8. The most recent date on which the alleged discrimination occurred:

*September 6th 2024, and is ongoing*

9. The acts alleged in this complaint, if proven, may constitute a violation ofthe following:

University Heights Ord. 820.04 (a) **Refuse to** sell, transfer, assign, **rent, lease,** sublease, finance, negotiate **or otherwise deny or make unavailable a dwelling to any person because of** race, color, religion, sex, sexual orientation, gender identity, age, ancestry, disability, familial status, national origin, military status, association with a protected class or **source of income of any present or prospective owner, occupant, or user of such dwelling;**

University Heights Ord. 820.04 (g) Print, publish, or circulate any statement or advertisement, or **make any verbal statement, relating to the** sale, transfer, assignment, **rental**, lease, sublease, or acquisition **of any dwelling** or the loan of money, whether or not secured by mortgage or otherwise, for the acquisition, construction, rehabilitation, repair, or maintenance of a dwelling which **indicates any preference, limitation, specification, or discrimination based upon** race, color, religion, sex, sexual orientation, gender identity, age, ancestry, disability, familial status, national origin, military status, association with a protected class or **source of income, or an intention to make any such preference, limitation, specification, or discrimination;**

Signature Courtney Ketner (Oct 3, 2024 12:15 EDT) Date 10/03/2024

Courtney Ketner, Complainant